IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

MARCUS EDWARD NALL,

      Appellant,

v.

STATE OF FLORIDA,

      Appellee.

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D17-0770

_____/

Opinion filed December 7, 2017.

An appeal from the Circuit Court for Santa Rosa County.
John F. Simon, Jr., Judge.

Andy Thomas, Public Defender, and Joel Arnold, Assistant Public Defender, Tallahassee, for Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.

WOLF, J.

      In this appeal pursuant to Anders v. California, 386 U.S. 738 (1967), we find no reversible error. Therefore, we AFFIRM appellant's judgment and sentence. However, we REMAND for the trial court to correct a scrivener's error in the order revoking community control; the order indicates appellant admitted to violating his

community control when, in fact, appellant was found to have violated his community control after an evidentiary hearing. See Nickolas v. State, 66 So. 3d 1077, 1077 (Fla. 1st DCA 2011).

B.L. THOMAS, C.J., and WINOKUR, J., CONCUR.